LIBERTY MUTUAL INSURANCE COMPANY *v.*<br>PHILLIPPE RACINE ET AL.

The intervenors' petition for certification for appeal from the Appellate Court, 61 Conn. App. 909 (AC 20419), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko*, in support of the petition.

*Richard M. Endrelunas*, in opposition.

Decided March 30, 2001

DANIEL CLARK *v.* COMMISSIONER OF CORRECTION

The petitioner Daniel Clark's petition for certification for appeal from the Appellate Court, 61 Conn. App. 910 (AC 20459), is denied.

*Del Atwell*, special public defender, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.

Decided March 30, 2001